PD-1037-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

September 11, 2015

Abel Acosta; Clerk
Court of Criminal Appeals of Texas
P. O. Box 12308 Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS
MK
SEP 18 2015

Abel Acosta, Clerk

Re: PD-1037-15
COA 14-14-00465-CR
Tr. Ct. No. 1380494

To The Honorable Court:

Comes Now Wade E. Dix, the Appellant in the above Numbered Cause(s) persuant to Tx Rules App. Proc., Rule 66.4 (Documents to Aid Decision) to make First Petition for Discretionary Review.

Appellant contends a document review will Verify the following:

(1) he was forced to a Pro Se defense
(2) he suffers from ineffective assistance of counsel
(3) he has motioned both the COA and Tr. Ct. No. for remedy.

Respectfully Submitted

Wade E. Dix
Appellant

Cause No. 1380494

Motion For Hybrid Representation

To The Honorable Judge Of Said Court:

COMES NOW, WADE E. DIX, the Defendant in the above numbered cause persuant to Article 1, section 10 of the Texas Constitution, and the Sixth and fourteenth Amendment of the United States Constitution, and moves the court to authorize Hybrid Representation in this case.

Defendant respectfully shows the following:

I

Defendant herein seeks leave of the Court to assist his Counsel in the filing of the necessary pretrial motions in this case.

II

Defendant herein understands that he has no absolute right to Hybrid Representation and that any permittance thereof is purely a Discretionary Decision of the Court.

In Hazelwood vs. State (TX. APP. Corpus Christi 1992) 838 SW2D 647 The Court held: However a patient trial judge may allow both counsel and accused to jointly take part in case I.D. at page 648

III

Defendant herein has no formal education at law but does have the ability to do legal research and assist his Counsel in preparing the pretrial motions.

Citations Of Courts Granting Hybrid Representation

Scarbrough vs. State (TX.CR.APP. 1989) 777 SW2d 83

Williams vs. State (TX.CR.APP. 1977) 549 SW2d 183

Webb vs. State (TX.CR.APP. 1978) 533 SW2d 780

Phillips vs. State (TX.CR.APP. 1979) 604 SW2d 904

Hazelwood vs. State (TX.CR.APP. 1992) 838 SW2d 647

Finally Defendant respectfully requests the Court not to require him to waive his rig[ht] to Counsel in order to be permitted to file motions, and not force him to choose a Pro Se Defense in order to ̶b̶e̶ fully exercise his Sixth Amendment Right under the Unite[d] States Constitution.

WHEREFORE, premises considered the Defendant prays that this Court grant this motion to proceed in Hybrid Representation.

Respectfully submitted,

WADE E. DIX
Defendant

I, Wade Eugene Dix SPN# 00313459 Harris County, Texas, being presently incarcerat[ed] at 1200 Baker St. (6B2) Harris County Jail Harris County, Texas 77002, declare under penal[ty] of perjury that the forgoing in true and correct.

Executed on 4/10/2015
(DATE)

W A E Dix
(SIGNATURE)

Order

On this the _____ day of _____, 20.___, came to be heard by me, the defendant's motion for Hybrid Representation, and it appears to this court that this motio[n] should be:

Granted _____
Denied _____, and it is
so ordered.

_____
JUDGE PRESIDING

## CASE: 14-14-00465-CR

**DATE FILED:** 06/13/2014

**CASE TYPE:** AGGRAVATED ASSAULT

**STYLE:** WADE EUGENE DIX

**V.:** THE STATE OF TEXAS

**ORIG PROC:** NO

**TRANSFER FROM:**

**TRANSFER IN:**

**TRANSFER CASE:**

**TRANSFER TO:**

**TRANSFER OUT:**

**PUB SERVICE:**

## APPELLATE BRIEFS

| DATE | EVENT TYPE | DESCRIPTION | DOCUMENT | |
|------|-----------|-------------|----------|--|
| 01/27/2015 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | STATE | BRIEF | [ PDF/347 KB ] |
| | | | NOTICE | [ PDF/98 KB ] |
| 11/10/2014 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | APPELLANT | BRIEF | [ PDF/134 KB ] |
| | | | NOTICE | [ PDF/98 KB ] |

## CASE EVENTS

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT | |
|------|-----------|-------------|-------------|----------|--|
| 07/22/2015 | LETTER FILED | APPELLANT | | BRIEF | [ PDF/89 KB ] |
| | | | | NOTICE | [ PDF/90 KB ] |
| 07/22/2015 | MOTION FOR REHEARING DUE | | | | |
| 07/20/2015 | MOTION TO APPOINT ATTORNEY FILED | PRO SE | | MOTION | [ PDF/101 KB ] |
| 07/16/2015 | MOTION FOR REHEARING FILED | APPELLANT | | MOTION | [ PDF/1.56 MB ] |
| 07/14/2015 | MOTION TO DISMISS FILED | PRO SE | | MOTION | [ PDF/59 KB ] |
| 07/10/2015 | EXHIBITS RETURNED TO THE DISTRICT OR COUNTY CLERK | | | | |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT | |
|---|---|---|---|---|---|
| 07/07/2015 | MEMORANDUM OPINION ISSUED | | AFFIRMED | JUDGMENT | [ PDF/17 KB ] |
| | | | | MEMORANDUM OPINION | [ PDF/1.8 MB ] |
| | | | | NOTICE | [ PDF/93 KB ] |
| 06/25/2015 | LETTER FILED | | | LETTER | [ PDF/208 KB ] |
| 06/24/2015 | EXHIBITS DUE | | | | |
| 06/19/2015 | LETTER FILED | PRO SE | | LETTER | [ PDF/102 KB ] |
| 06/18/2015 | EXHIBITS FILED | APPELLANT | | | |
| 06/17/2015 | ORDER ENTERED | | | ORDER | [ PDF/23 KB ] |
| | | | | NOTICE | [ PDF/92 KB ] |
| 06/02/2015 | MOTION DISPOSED | APPELLANT | DENIED | NOTICE | [ PDF/92 KB ] |
| 06/02/2015 | MOTION DISPOSED | PRO SE | DENIED | NOTICE | [ PDF/91 KB ] |
| 05/26/2015 | LETTER FILED | PRO SE | | LETTER | [ PDF/93 KB ] |
| 05/26/2015 | MOTION FILED | PRO SE | | MOTION | [ PDF/93 KB ] |
| 05/26/2015 | MOTION FILED | PRO SE | | MOTION | [ PDF/115 KB ] |
| 04/02/2015 | SUBMITTED | | | | |
| 02/23/2015 | SET FOR SUBMISSION ON BRIEFS | | | NOTICE | [ PDF/91 KB ] |
| 02/10/2015 | STATE BRIEF DUE | | | | |
| 01/27/2015 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | STATE | | BRIEF | [ PDF/347 KB ] |
| | | | | NOTICE | [ PDF/98 KB ] |
| 01/27/2015 | CASE READY TO BE SET | | | | |
| 12/29/2014 | RESPONSE DUE | | | | |
| 12/16/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | STATE | GRANTED | NOTICE | [ PDF/95 KB ] |
| 12/16/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | STATE | | MOTION | [ PDF/430 KB ] |
| 12/12/2014 | NOTICE OF LATE BRIEF | STATE | | NOTICE | [ PDF/90 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT | |
|---|---|---|---|---|---|
| 12/10/2014 | STATE BRIEF DUE | | | | |
| 11/20/2014 | RESPONSE DUE | | | | |
| 11/12/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | APPELLANT | GRANTED | NOTICE | [ PDF/88 KB ] |
| 11/10/2014 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | APPELLANT | | BRIEF | [ PDF/134 KB ] |
| | | | | NOTICE | [ PDF/98 KB ] |
| 11/10/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLANT | | MOTION | [ PDF/77 KB ] |
| 11/10/2014 | NOTICE OF LATE BRIEF | APPELLANT | | NOTICE | [ PDF/87 KB ] |
| 11/03/2014 | APPELLANTS BRIEF DUE | | | | |
| 10/16/2014 | RESPONSE DUE | | | | |
| 10/14/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | APPELLANT | GRANTED | NOTICE | [ PDF/92 KB ] |
| 10/14/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLANT | | | |
| 10/06/2014 | NOTICE OF LATE BRIEF | APPELLANT | | NOTICE | [ PDF/87 KB ] |
| 10/01/2014 | APPELLANTS BRIEF DUE | | | | |
| 09/03/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | APPELLANT | GRANTED | NOTICE | [ PDF/91 KB ] |
| 09/02/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLANT | | MOTION | [ PDF/78 KB ] |
| 09/01/2014 | APPELLANTS BRIEF DUE | | | | |
| 08/11/2014 | CLERKS RECORD DUE | | | | |
| 08/11/2014 | RECORD DUE | | | | |
| 07/31/2014 | CLERKS RECORD FILED | APPELLANT | | NOTICE | [ PDF/96 KB ] |
| 06/30/2014 | EXHIBITS FILED | COURT REPORTER | | | |
| 06/30/2014 | REPORTERS RECORD FILED | APPELLANT | | NOTICE | [ PDF/97 KB ] |
| 06/16/2014 | COURT REPORTERS INFORMATION SHEET SENT | | | NOTICE | [ PDF/100 KB ] |
| 06/16/2014 | TRIAL COURT CLERKS CERTIFICATION OF RECORD REQUESTED | | | NOTICE | [ PDF/118 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT | |
|---|---|---|---|---|---|
| 06/13/2014 | CASE BEGAN IN COURT OF APPEALS | | | LETTER OF ASSIGNMENT PACKET | [ PDF/177 KB ] |
| 06/11/2014 | NOTICE OF APPEAL FILED IN TRIAL COURT | | | | |
| 06/10/2014 | SENTENCE IMPOSED IN THE TRIAL COURT | | | | |

## CALENDARS

| SET DATE | CALENDAR TYPE | REASON SET |
|---|---|---|
| 07/14/2015 | MOTION | MOTION TO DISMISS |
| 07/16/2015 | MOTION | MOTION FOR REHEARING |
| 07/20/2015 | MOTION | MISCELLANEOUS MOTION |

## PARTIES

| PARTY | PARTYTYPE | REPRESENTATIVE |
|---|---|---|
| THE STATE OF TEXAS | CRIMINAL - STATE OF TEXAS | JESSICA ALANE CAIRD DEVON ANDERSON |
| DIX, WADE EUGENE | CRIMINAL - APPELLANT | WADE EUGENE DIX KEISHA L. SMITH |

## TRIAL COURT INFORMATION

**COURT:**            337TH DISTRICT COURT

**COUNTY:**           HARRIS

**COURT JUDGE:**      HONORABLE JUDGE, 337TH DISTRICT COURT

**COURT CASE:**       1380494

**COURT REPORTER:**   MARY·ANN RODRIGUEZ

**PUNISHMENT:**       4 YRS. TDCJ